1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8                  UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 KATHRYN HAMILTON,            )   No.  EDCV 08-1843 MAN
11                              )
12     Plaintiff,                )   [PROPOSED] ORDER AWARDING
                                )   EAJA FEES
13     v.                       )
14                              )
   MICHAEL J. ASTRUE,           )
15 Commissioner Of Social Security, )
16                              )
       Defendant.               )
17 _____

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20 THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($2,900.00) subject to the
21 terms of the stipulation.
22 DATED:  November 12, 2010

                                    _____
                                         MARGARET A. NAGLE
                                    UNITED STATES MAGISTRATE JUDGE

-1-